E-FILED: 9/26/11

**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Terrason Spinks et al | CASE NUMBER |
| PLAINTIFF(S) vs. | CV 11-3975-PSG (PJWx) |
| Swipe Solutions et al  DEFENDANT(S). | **DISMISSAL BY THE COURT FOR FAILURE TO PROSECUTE** |

On June 10, 2011, the Court issued an Order to Show Cause for Lack of Subject Matter Jurisdiction. In the Order, plaintiff was ordered to submit a written response by no later than July 1, 2011 or the action would be dismissed.

To date, no written response to the Order to Show Cause has been filed with the Court.

Accordingly, it is hereby ORDERED and ADJUDGED that the above-entitled action be dismissed in its entirety.

DATED:   September 26, 2011

Philip S. Gutierrez

U.S. District Judge